**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | )   CRIMINAL NO.  3:26-mj- 52 |
| | ) |
| v. | )   Possession of a Firearm in a Federal |
| | )   Facility |
| STEPHEN LOEHR, | )   18 U.S.C. § 930(a) |
| | )   (Count 1) |
| *Defendant.* | ) |

**CRIMINAL INFORMATION**

THE UNITED STATES, BY AND THROUGH THE ACTING ATTORNEY GENERAL AND UNDERSIGNED COUNSEL FOR THE UNITED STATES, CHARGES THAT:

**COUNT ONE**
**(Citation No. 9724201)**

On or about March 13, 2026, in the Eastern District of Virginia at Fort A.P. Hill, Virginia 22427, property under the charge and control of the United States Department of the Army and within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant, STEPHEN LOEHR, did knowingly possesses or cause to be present a firearm, to wit: a Sig Sauer, model P365, 9mm caliber, semi-automatic pistol, bearing serial number 66A634381, in a federal facility.

(In violation of Title 18, United States Code, Section 930(a).)

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By:  _____/s/_____

Eric Gilliland
Virginia Bar Number 95796
Assistant United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Eric.Gilliland@usdoj.gov

1